UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-30026 |
| Clover Investment Corporation, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING SECOND AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES OF ATTORNEY FOR THE DEBTOR

This matter coming on to be heard on the 14th day of July, 2014, on the Second and Ffinal Application for Compensation and Expenses for Applicant JAMES E. STEVENS AND THE LAW FIRM OF BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP, as Attorney for the Debtor; all parties in interest having been advised; and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

A. Reasonable attorney's fees are awarded to the Applicant and his law firm for services rendered between December 3, 2013 up to and including July 7, 2014, in the amount of $23,650.00.

B. Expenses incurred by the Applicant and his law firm in representation of the Debtor are approved in the amount of $119.00 between December 3, 2013 up to and including July 7, 2014.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 14, 2014

**Prepared by:**

JAMES E. STEVENS (#3128256)
BARRICK, SWITZER, LONG, BALSLEY &
VAN EVERA, LLP
6833 STALTER DRIVE
ROCKFORD, IL 61108
815-962-6611
FAX:815-962-1758
jstevens@bslbv.com